```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/8/2018
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
ALEXANDRA CANOSA,

                                  Plaintiff,

                              -against-

                                                          18 Civ. 4115 (PAE)

DIRK ZIFF, TIM SARNOFF, MARC
LASRY, TARAK BEN AMMAR, LANCE
MAEROV, RICHARD KOENIGSBERG,
PAUL TUDOR JONES, JAMES L. DOLAN, THE
WEINSTEIN COMPANY HOLDINGS, LLC, THE
WEINSTEIN COMPANY, LLC, HARVEY
WEINSTEIN, and ROBERT WEINSTEIN, DOES 1-
10,

Defendants.

------------------------------------------------x

## STIPULATION AND ~~PROPOSED~~ ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO JAMES DOLAN, ONLY

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that the above-captioned action shall be dismissed without prejudice as to Defendant James Dolan only pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, each party to bear its own costs and fees.

Dated: New York, New York
         June 7, 2018

_____
Jeremy A. Hellman
RHEINGOLD, GIUFFRA,
 RUFFO & PLOTKIN LLP
551 Fifth Avenue, 29th Floor
New York, New York 10176
Telephone: (212) 684-1880

*Attorneys for Plaintiff Alexandra Canosa*

_____
Lawrence S. Spiegel
Abigail E. Davis
Ashly N. Davis
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM, LLP
Four Times Square
New York, New York 10036
Telephone: (212) 735-3000

*Attorneys for Defendant James Dolan*

SO ORDERED:  6/8/18

_____
Hon. Paul A. Engelmayer
United States District Judge

2