# EXHIBIT A

## SEALING REQUEST PENDING