UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
ALEXANDRA CANOSA,

            Plaintiff,

    - against -

DIRK ZIFF, TIM SARNOFF, MARC LASRY,
TARAK BEN AMMAR, LANCE MAEROV,
RICHARD KOENIGSBERG, PAUL TUDOR
JONES, JEFF SACKMAN, THE WEINSTEIN
COMPANY HOLDINGS, LLC, THE WEINSTEIN
COMPANY[1] and ROBERT WEINSTEIN, DOES
1-10

            Defendants.
-----------------------------------------------------------x

Civil Action No. 1:18-cv-04115-PAE

**NOTICE OF APPEARANCE OF**
**GERALD L. MAATMAN, JR.**

**PLEASE TAKE NOTICE** that Gerald L. Maatman, Jr., a partner with the law firm Seyfarth Shaw LLP, is a resident in the firm's Chicago and New York offices, 131 S. Dearborn Street, Suite 2400, Chicago, Illinois 60603 and 620 Eighth Avenue, 32nd Floor, New York, New York 10018, hereby enters his appearance as attorney for Defendant The Weinstein Company Holdings, LLC in the above-captioned matter. Gerald L. Maatman, Jr. hereby certifies that he is admitted to practice in this Court.

---

[1]     "The Weinstein Company," as named in Plaintiff's Complaint, is not a valid entity.

13647130v.1

Dated: New York, New York
       September 17, 2018

Respectfully submitted,

SEYFARTH SHAW LLP

By: /s/ *Gerald L. Maatman, Jr.*
    Gerald L. Maatman, Jr.
    131 S. Dearborn Street, Suite 2400
    Chicago, Illinois 60603
    Phone: (312) 460-5965
    Fax: (312)-460-7965

    620 Eighth Avenue
    New York, New York 10018
    Phone: (212) 218-3360
    Fax: 212-218-5526
    gmaatman@seyfarth.com

*Attorneys for Defendant*
*The Weinstein Company Holdings, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on September 17, 2018, I electronically filed the foregoing Notice of Appearance, with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

*/s/ Gerald L. Maatman, Jr.*
Gerald L. Maatman, Jr.

13647130v.1