UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALEXANDRA CANOSA,<br><br>                 Plaintiff,<br><br>    -against-<br><br>DIRK ZIFF, TIM SARNOFF, MARC LASRY, TARAK BEN AMMAR, LANCE MAEROV, RICHARD KOENIGSBERG, PAUL TUDOR JONES, JAMES L. DOLAN, JEFF SACKMAN, THE WEINSTEIN COMPANY HOLDINGS, LLC, THE WEINSTEIN COMPANY, LLC, HARVEY WEINSTEIN and ROBERT WEINSTEIN, DOES 1-10<br><br>                 Defendants. | No. 18 Civ. 4115 (PAE)<br><br><br><br>**NOTICE OF MOTION** |

| | |
|---|---|
| **Motion By:** | Alexandra Canosa, Plaintiff |
| **Place of Hearing:** | This motion is returnable in the United States District Court, Southern District of New York, 40 Foley Square, Room 1305, New York, New York 10007, before the Honorable Paul A. Engelmayer, United States District Judge. |
| **Supporting Papers:** | Memorandum of Law of Jeremy A. Hellman in Support of Plaintiff's Motion; Attorney's Declaration of Jeremy A. Hellman, with accompanying Exhibits. |
| **Nature of Action:** | Sexual harassment/assault committed by Harvey Weinstein and vicarious liability therefor. |
| **Relief Demanded:** | A protective, sealing and confidentiality order precluding defendants from using plaintiff's emails to defendants in any public forum, giving said emails to anyone, and directing that if filed they be filed under seal and that the emails be redacted to delete plaintiff's name, email address or other identifying information. Further, an order directing that if any defendant intends to publicize or otherwise file any email, that said email's disclosure be reviewed and approved by the Court. |

Dated: New York, NY
        January 10, 2019

                        RHEINGOLD GIUFFRA RUFFO & PLOTKIN LLP
                        Attorneys for Plaintiff Alexandra Canosa

                        By:    Jeremy A. Hellman
                        551 Fifth Avenue, 29th Floor
                        New York, NY 10176
                        Tel: (212) 684-1880
                        Fax: (212) 689-8156
                        jhellman@rheingoldlaw.com