USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/28/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

ALEXANDRA CANOSA,

                        Plaintiff,

          -v-

DIRK ZIFF, et al.,

                        Defendants.

------------------------------------------------------------X

18 Civ. 4115 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court has received Harvey Weinstein's motion to stay this case pending a related criminal proceeding, Dkt. 123, and supporting papers, Dkt. 124–26, Canosa's opposition, Dkt. 138, and Weinstein's reply, Dkt. 143. The Court denies Weinstein's motion as overly broad, without prejudice to Weinstein's right to seek to stay discrete aspects of this litigation (e.g., his deposition) that have the potential to compromise his rights as a criminal defendant.

The Clerk of Court is respectfully requested to terminate the motion pending at Dkt. 123.

SO ORDERED.

                                                        *Paul A. Engelmayer*
                                                      PAUL A. ENGELMAYER
                                                      United States District Judge

Dated: January 28, 2019
       New York, New York