UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

ALEXANDRA CANOSA,

                      Plaintiff,                    18 Civ. 4115 (PAE)

            -v-                                      ORDER

HARVEY WEINSTEIN, THE WEINSTEIN COMPANY
HOLDINGS, LLC, and THE WEINSTEIN COMPANY,
LLC,

                      Defendants.

------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

    The Court has received plaintiff's letter, Dkt. 173, and defendants' letter, Dkt. 172, regarding a dispute over plaintiff's confidentiality designations of portions of certain e-mails. The Court orders counsel jointly to produce the eight e-mails at issue by August 26, 2019 for an *in camera review*, and to clearly identify the portion(s) of the e-mails as to which a confidentiality designation is sought and disputed.

    SO ORDERED.

                                                           *Paul A. Engelmayer*
                                                   PAUL A. ENGELMAYER
                                                   United States District Judge

Dated: August 22, 2019
         New York, New York