```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/4/19
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

ALEXANDRA CANOSA,

                        Plaintiff,

          -v-

HARVEY WEINSTEIN, THE WEINSTEIN COMPANY
HOLDINGS, LLC, and THE WEINSTEIN COMPANY,
LLC,

                        Defendants.

------------------------------------------------------------X

18 Civ. 4115 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court has reviewed the eight e-mails placed under seal, *see* Dkt. 175, in addition to defendants' letter, Dkt. 172, and plaintiff's letter, Dkt. 173, addressing plaintiff's designation of the e-mails as confidential. The Court agrees with defendants that the e-mails are not properly designated as confidential.

SO ORDERED.

                                        *Paul A. Engelmayer*
                                      _____
                                        PAUL A. ENGELMAYER
                                        United States District Judge

Dated: September 4, 2019
         New York, New York