UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALEXANDRA CANOSA,<br><br>                    Plaintiff,<br><br>   -against-<br><br>HARVEY WEINSTEIN, THE WEINSTEIN COMPANY HOLDINGS, LLC and THE WEINSTEIN COMPANY, LLC,<br><br>                    Defendants. | No. 18 Civ. 4115 (PAE)<br><br><br>PROTECTIVE ORDER |

IT IS HEREBY ORDERED AS FOLLOWS:

1. That counsel to this action may designate records as protected health information ("PHI").

2. That records designated as protected health information shall be for attorneys eyes only, and only filed with the Court under seal.

3. That receiving counsel may show records designated as protected health information to their clients on the conditions that the receiving party may not: (1) keep a copy of the protected health information; (2) view the protected health information materials outside the direct supervision of counsel; (3) take notes concerning the content of the protected health information; (4) discuss or disclose the contents of the protected health information with or to anyone but their lawyer(s) in this action.

4. That the parties are prohibited from using or disclosing the protected health information for any purpose other than the litigation in the instant matter.

5. That at the end of the instant litigation, all parties will return to plaintiff said information or destroy same (including all copies made).

6. That any party may object to the designation of records as protected health information, and may apply to the Court for a ruling on said issue.

Dated: _____

                SO ORDERED:

                _____
                PAUL A. ENGELMAYER,
                United States District Court Judge

The Court approves the protective order, except for the requirement, in paragraph 2, that all documents be filed under seal.  If the parties wish to file any documents under seal or in redacted form, they must first request approval from the Court to do so, in accordance with section 4.B of the Court's Individual Rules.

    SO ORDERED.

*Paul A. Engelmayer*
_____
        PAUL A. ENGELMAYER
        United States District Judge

                November 26, 2019