UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

ALEXANDRA CANOSA,

                                    Plaintiff,                  18 Civ. 4115 (PAE)

                  -v-                                          ORDER

HARVEY WEINSTEIN, THE WEINSTEIN
COMPANY HOLDINGS, LLC, and THE WEINSTEIN
COMPANY, LLC,

                                 Defendants.

------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

      The Court is in receipt of plaintiff's motion to quash defendant Weinstein's third-party subpoenas, Dkt. 197, in addition to plaintiff's memorandum of law, Dkt. 200, and declarations in support, Dkts. 198–99. The Court directs defendant Weinstein to file his opposition to this motion, if any, by Tuesday, December 10, 2019 at 5:00 p.m. The Court does not invite a reply from plaintiff.

      SO ORDERED.

                                                          *Paul A. Engelmayer*
                                                     PAUL A. ENGELMAYER
                                                     United States District Judge

Dated: December 6, 2019
         New York, New York