UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

ALEXANDRA CANOSA,

                           Plaintiff,                   18 Civ. 4115 (PAE)

                   -v-                                          ORDER

HARVEY WEINSTEIN, THE WEINSTEIN
COMPANY HOLDINGS, LLC, and THE WEINSTEIN
COMPANY, LLC,

                           Defendants.

------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

       The Court is in receipt of defendant Weinstein's motion to stay, Dkt. 205, and its accompanying memorandum of law, Dkt. 206, and declaration from Philip A. Byler, Esq., Dkt. 207. Weinstein has requested that the Court stay proceedings beginning December 10, 2019. The Court reserves judgment on this motion and will address the issues it raises at the case management conference tomorrow, December 12, 2019. The conference will be held at 10:30 a.m. in Courtroom 15C at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007.

       SO ORDERED.

                                                 *Paul A. Engelmayer*
                                             PAUL A. ENGELMAYER
                                             United States District Judge

Dated: December 11, 2019
       New York, New York