UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------:
ALEXANDRA CANOSA,

                              Plaintiff,                        18 Civ. 4115 (PAE)

                                 -v-                              ORDER

HARVEY WEINSTEIN, THE WEINSTEIN
COMPANY HOLDINGS, LLC, and THE WEINSTEIN
COMPANY, LLC,

                              Defendants.
------------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

      For the reasons provided at today's conference, the Court sets the following deadlines:

      1.      Weinstein must serve any corrected third-party subpoenas by Monday, December 16, 2019.  Canosa's opposition to these subpoenas is due Friday, December 20, 2019.

      2.      While Weinstein has provided Canosa with insurance policies, he has apparently not provided any other documents that Canosa has requested, including those of potential relevance to settlement negotiations.  Weinstein must produce such documents by Thursday, December 19, 2019, and may do so on an attorney's-eyes-only basis if needed.

      3.      TWC, as it has agreed, is ordered to provide full access to its document-repository database, except for privileged materials, to Canosa and Weinstein for a period of 60 days.

      4.      Deposition discovery will begin 30 days after the resolution of Weinstein's New York state criminal trial and will last for two and a half months.  The start of this 30-day period will be triggered by any conclusion of the guilt-or-innocence phase of the trial, *i.e.*, a verdict, a

mistrial, or a plea. Two weeks after the conclusion of the trial, the parties are directed to file a joint letter identifying anticipated deponents.

     5.    TWC counsel is directed to provide letter updates on the status of the bankruptcy and potential class settlement every 30 days, with the first update due January 13, 2020. Further, in the event of material developments relating to a potential class settlement, TWC counsel is to file a letter forthwith informing the Court of such developments and attaching any relevant documents. If the letter update or attached documents contain confidential information, TWC counsel is instructed to consult Rule 4.B of the Court's Individual Rules, which addresses permissible redactions and filing under seal.

     6.    TWC counsel is directed to provide Canosa's counsel with any settlement offer and accompanying term sheet that has been made to his client. TWC counsel is to provide these documents no later than December 19, 2019.

     SO ORDERED.

                                              *Paul A. Engelmayer*
                                            PAUL A. ENGELMAYER
                                            United States District Judge

Dated: December 12, 2019
       New York, New York