UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

ALEXANDRA CANOSA,

         Plaintiff,      18 Civ. 4115 (PAE)

     -v-           <u>ORDER</u>

HARVEY WEINSTEIN, THE WEINSTEIN
COMPANY HOLDINGS, LLC, and THE WEINSTEIN
COMPANY, LLC,

         Defendants.

------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

  The Court has received plaintiff Alexandra Canosa's recent letter regarding a discovery dispute, Dkt. 211, and defendant Harvey Weinstein's response, Dkt 213. The Court resolves the dispute as follows:

  1.  As to the documents requested by Canosa in her July 26, 2019 requests for production, the Court's December 13, 2019 Order, Dkt. 210, addressing these documents controls. Weinstein has an obligation to produce these documents. He has now missed three deadlines to do so: (1) the original deadline for document discovery of November 6, 2019; (2) the deadline of November 27, 2019 imposed by the Court's November 14, 2019 Order, *see* Dkt. 186; and (3) the deadline of December 19, 2019 imposed by the Court's December 13, 2019 Order, *see* Dkt. 210. The Court will allow Weinstein four weeks from the date of this order to produce the documents or submit a sworn declaration—from himself or his counsel—attesting, as to particular responsive documents, that Weinstein does not have them in his possession, custody, or control, and describing, in detail, the search that was undertaken for such documents.

2. As to Weinstein's financial records, the Court's December 13, 2019 Order, Dkt. 210, also controls. The Court initially instructed Weinstein to produce these records at a sealed conference on November 6, 2019. The December 13, 2019 Order then publicly instructed Weinstein to produce the records by December 19, 2019, which he failed to do. *See* Dkt. 210. As with the records addressed above, Weinstein must produce these records within four weeks of this order, or submit a sworn declaration—from himself or his counsel—attesting, as to particular responsive documents, that Weinstein does not have them in his possession, custody, or control, and describing, in detail, the search that was undertaken for such documents.

3. The Court recognizes that Weinstein is presently standing trial in state court on criminal charges. The above discovery obligations, however, predated the onset of the trial. The Court therefore, while giving Weinstein four weeks from the date of this order to produce the records at issue, will not extend these deadlines further. Should Weinstein fail to timely produce the above documents to the extent in his possession, custody, or control, the Court will be obliged to impose sanctions for failure to comply with this order. Specifically, Weinstein will be directed to pay $200 per business day in sanctions, payable to the registry of this Court, until compliance with this order is complete.

SO ORDERED.

*Paul A. Engelmayer*
_____
PAUL A. ENGELMAYER
United States District Judge

Dated: January 15, 2020
      New York, New York