

| Ira S. Nesenoff | Barbara H. Trapasso | Philip A. Byler |
| Andrew T. Miltenberg | Tara J. Davis | *Senior Litigation Counsel* |
| ——————— | Diana R. Warshow | Rebecca C. Nunberg |
| Stuart Bernstein | Gabrielle M. Vinci | *Counsel* |
| | Kara L. Gorycki | Jeffrey S. Berkowitz |
| | Cindy A. Singh | *Counsel* |
| | Nicholas E. Lewis | Marybeth Sydor |
| | Adrienne D. Levy | *Title IX Consultant* |
| | Ryaan Nizam | |
| | Regina M. Federico | |

February 12, 2020

**By ECF**
Honorable Paul A. Engelmayer
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 1305
New York, New York 10007

Re:   *Alexandra Canosa v. Harvey Weinstein, et al.*
         **No. 18 Civ. 4115 (SDNY)(PAE)**

Dear Judge Engelmayer:

The undersigned represents Defendant Harvey Weinstein ("Mr. Weinstein") in the above-referenced action. Accompanying this letter is my Declaration in compliance with this Court's Order dated January 15, 2020 ("January 15 Order"). This letter is submitted to move to have that Declaration kept under seal. Because the state court criminal trial is still ongoing and approaching the time when the case will be submitted to the jury, the accompanying Declaration should be kept under seal. As a matter of fundamental fairness, nothing in this civil case regarding document production and what documents Mr. Weinstein has or does not have and why should be allowed to possibly to affect the state court criminal trial and particularly the jury's deliberations.

Respectfully submitted,
**NESENOFF & MILTENBERG LLP**

By: */s/ Philip A. Byler*
Philip A. Byler, Esq.

cc:   ECF Filing

Rheingold Giuffra Ruffo & Plotkin LLP
*Attorneys for Plaintiff Canosa*
tgiuffra@rheingoldlaw.com; jhellman@rheingoldlaw.com

Seyfarth Shaw LLP
*Attorneys for Weinstein Company Defendants*
kbitar@seyfarth.com; lsavadjian@seyfarth.com; gmaatman@seyfarth.com

Granted. Counsel is instructed to file the declaration electronically under seal, in accordance with Rule 4.B of the Court's Individual's Rules, by the end of day today, February 13, 2020.

    SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

February 13, 2020