```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                :
ALEXANDRA CANOSA,                               :
                                                :
                            Plaintiff,          :      18 Civ. 4115 (PAE)
                                                :
              -v-                               :      ORDER
                                                :
HARVEY WEINSTEIN, THE WEINSTEIN                 :
COMPANY HOLDINGS, LLC, and THE WEINSTEIN        :
COMPANY, LLC,                                   :
                                                :
                            Defendants.         :
                                                :
------------------------------------------------------------------X
```

PAUL A. ENGELMAYER, District Judge:

The Court has received the declaration of defendant Weinstein's counsel, Phillip A. Byler, Esq., addressing plaintiff Canosa's discovery requests. Dkt. 219 ("Byler Decl."). The Court orders the following:

1. Weinstein must produce any responsive documents that are in his accountant's possession, as such documents are within Weinstein's control. *See* Byler Decl. ¶¶ 28–29, 31. These documents may be produced on an attorneys'-eyes-only basis. Weinstein must produce such documents by March 3, 2020.

2. Byler has indicated that defendant TWC has or may have documents that are responsive to the majority of Canosa's requests. *See id.* ¶¶ 4–20, 23–28, 30. TWC is ordered to produce such documents, on an attorneys'-eyes-only basis, by March 3, 2020.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: February 18, 2020
   New York, New York