```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------:
                                                                  :
ALEXANDRA CANOSA,                                                 :
                                                                  :
                              Plaintiff,                          :        18 Civ. 4115 (PAE)
                                                                  :
                -v-                                               :             ORDER
                                                                  :
HARVEY WEINSTEIN, THE WEINSTEIN                                   :
COMPANY HOLDINGS, LLC, and THE WEINSTEIN                          :
COMPANY, LLC,                                                     :
                                                                  :
                              Defendants.                         :
                                                                  :
------------------------------------------------------------------X
```

PAUL A. ENGELMAYER, District Judge:

The Court has received TWC's letter seeking relief from the Court's February 18, 2020 discovery order, Dkt. 223, and defendant Harvey Weinstein's letter for an extension of time to comply with that order, Dkt. 224. The Court decides these issues as follows:

1. As to TWC's request, the Court is satisfied that TWC's discovery obligations may be met by providing plaintiff Alexandra Canosa access to its database, where she can search for the categories of documents of interest to her. TWC is to provide a sworn declaration, by March 6, 2020, certifying that none of the documents addressed by the Court's February 18, 2020 order, *see* Dkt. 222, are located outside of the database and within TWC's possession, custody, or control.

2. The Court grants Weinstein's request for an extension. Weinstein's deadline to comply with the February 18, 2020 order is March 24, 2020.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: March 2, 2020
 New York, New York