UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ALEXANDRA CANOSA,

                        Plaintiff,

    -against-

DIRK ZIFF, TIM SARNOFF, TARAK BEN
AMMAR, LANCE MAEROV, RICHARD
KOENIGSBERG, JEFF SACKMAN, THE
WEINSTEIN COMPANY HOLDINGS, LLC,
THE WEINSTEIN COMPANY, LLC,
HARVEY WEINSTEIN, ROBERT WEINSTEIN
and DOES 1-10,

                        Defendants.
-----------------------------------------------------------------X

1:18-CV-04115 (PAE)

STIPULATION AND ORDER
OF SUBSTITUTION OF COUNSEL
FOR DEFENDANT
HARVEY WEINSTEIN

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, pursuant to Local Rule 1.4, that Aidala, Bertuna & Kamins, PC shall be substituted in the place and stead of Nesenoff & Miltenberg, LLP as counsel of record for defendant Harvey Weinstein in the above-captioned matter.

Defendant enters into this substitution of counsel knowingly and voluntarily.

**NESENOFF & MILTENBERG, LLP**

By: */s/ Phillip Byler*
    Philip A. Byler, Esq.
    363 Seventh Avenue, 5th Floor
    New York, New York 10001
    (212) 736-4500
    pbyler@nmllplaw.com

*Outgoing Counsel for Defendant*

Dated: March  3 , 2020

**AIDALA, BERTUNA & KAMINS, PC**

By: */s/ Imran Ansari*
    Imran H. Ansari, Esq.
    546 5th Avenue, 6th Floor
    New York, New York 10036
    (212) 486-0011
    iansari@aidalalaw.com

*Incoming Counsel for Defendant*

Dated: March  3 , 2020

SO ORDERED;

_____Paul A. Engelmayer_____
              U.S.D.J.

Dated: 3/3/20

1