

**Seyfarth Shaw LLP**
620 Eighth Avenue
New York, New York  10018
T (212) 218-5500
F (212) 218-5526

kbitar@seyfarth.com
T (212) 218-5261

www.seyfarth.com

April 13, 2020

**Via ECF**

The Honorable Paul A. Engelmayer
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square- Courtroom 1305
New York, NY 10007-1312

Re:   *Canosa v. Weinstein, et al*; Case No. 18-cv-04115-PAE

Dear Judge Engelmayer:

We are counsel to Defendants The Weinstein Company, LLC and The Weinstein Company Holdings, LLC, (collectively "TWC" or "the debtors") in connection with the above-captioned matter.

TWC writes in accordance with the Court's December 13, 2019 Order (ECF 120) requiring regular updates as to the status of TWC's bankruptcy proceedings and developments with the potential "global" class settlement.

In our last report of March 13, 2020, we advised that there have been several discussions and meetings concerning the negotiation of the settlement and the bankruptcy plan, and that the parties were continuing to make progress. Since then, the parties continue to make progress in completing the settlement. The settlement documents are still in the process of being revised and commented upon by counsel for the parties.

There are no other relevant updates from TWC at this time.  We will continue to provide Your Honor with regular updates every 30 days pursuant to the Court's December 13, 2019 Order, and will advise of any material developments on an accelerated basis.


Respectfully submitted,

SEYFARTH SHAW LLP

*/s/ Karen Bitar*

Karen Bitar

cc: All Counsel of Record

63121068v.1 / 105478-000012 / 4/13/2020 2:48 PM