

Seyfarth Shaw LLP
620 Eighth Avenue
New York, New York  10018
T (212) 218-5500
F (212) 218-5526

kbitar@seyfarth.com
T (212) 218-5261

www.seyfarth.com

June 12, 2020

**Via ECF**

The Honorable Paul A. Engelmayer
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square- Courtroom 1305
New York, NY 10007-1312

Re:   *Canosa v. Weinstein, et al*; Case No. 18-cv-04115-PAE

Dear Judge Engelmayer:

      We are counsel to Defendants The Weinstein Company, LLC and The Weinstein Company Holdings, LLC, (collectively "TWC" or "the debtors") in connection with the above-captioned matter.

      TWC writes in accordance with the Court's December 13, 2019 Order (ECF 120) requiring regular updates as to the status of TWC's bankruptcy proceedings and developments with the potential "global" class settlement.

      The parties continue to make progress in completing the settlement and are close to finalizing the draft of the settlement agreement for all parties' signature.

      There are no other relevant updates from TWC at this time.  We will continue to provide Your Honor with regular updates every 30 days pursuant to the Court's December 13, 2019 Order, and will advise of any material developments on an accelerated basis.

Respectfully submitted,

SEYFARTH SHAW LLP

/s/ *Karen Bitar*

Karen Bitar

cc: All Counsel of Record

The Court appreciates the update.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

June 15, 2020