

Seyfarth Shaw LLP

620 Eighth Avenue
New York, New York  10018
T (212) 218-5500
F (212) 218-5526

gmaatman@seyfarth.com
T (312) 460-5965

www.seyfarth.com

July 20, 2020

<u>Via ECF</u>

The Honorable Paul A. Engelmayer
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square- Courtroom 1305
New York, NY 10007-1312

Re:   <u>*Canosa v. Weinstein, et al*; Case No. 18-cv-04115-PAE</u>

Dear Judge Engelmayer:

We are counsel to Defendants The Weinstein Company, LLC and The Weinstein Company Holdings, LLC, (collectively "TWC" or "the debtors") in connection with the above-captioned matter.

TWC writes in accordance with the Court's December 13, 2019 Order (ECF 120) to provide a material development pertaining to the "global" class settlement.

On June 30, 2020, Plaintiffs in the related action pending in the Southern District of New York, *Geiss, et al v. The Weinstein Company Holdings LLC, et al.*, No. 1:17-cv-09554-AKH ("*Geiss*") filed a Motion for Preliminary Approval of Class Action Settlement, Certification of Settlement Classes, Appointment of Class Counsel, and Permission to Disseminate Class Notice. (*See Geiss* Dkt. 333).  On July 13, 2020, Plaintiff-Objector Alexandra Canosa filed objections to the Motion for Preliminary Approval of the Class Settlement as a non-party to the *Geiss* Action. (Dkt. 347).

The Honorable Judge Alvin Hellerstein held oral argument on the Motion at a telephonic Settlement Fairness Hearing on July 14, 2020. (*See* Minute Entry dated July 15, 2020).  At the Hearing, counsel for the prospective settling *Geiss* Plaintiffs argued first in support of the Motion. Judge Hellerstein ruled that the Motion would be denied. Thereafter, the Court did not entertain further argument from the other parties or objectors. After the conclusion of the Hearing, the Court issued an Order denying the Motion for Preliminary Approval of the Settlement, with a memorandum decision to be forthcoming. (Dkt. 353).

In light of Judge Hellerstein's ruling, the debtors are engaging in conversations with various parties to assess whether a revised settlement can be achieved.  We will continue to provide Your Honor with regular updates every 30 days pursuant to the Court's December 13, 2019 Order, and will advise of any material developments on an accelerated basis.



Respectfully submitted,

SEYFARTH SHAW LLP

*/s/ Gerald L. Maatman, Jr.*

Gerald L. Maatman, Jr.

cc: All Counsel of Record

64868153v.2 / 105478-000012 / 7/20/2020 10:56 AM
64868153v.3