UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
ALEXANDRA CANOSA,

                          Plaintiff,                  18 Civ. 4115 (PAE)

                    -v-                                  ORDER

HARVEY WEINSTEIN, THE WEINSTEIN
COMPANY HOLDINGS, LLC, and THE WEINSTEIN
COMPANY, LLC,

                        Defendants.
------------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

      The Court has received defendants' motion to stay the deposition of defendant Harvey Weinstein.  Dkts. 265–66.  Plaintiff's opposition, if any, is due Wednesday, November 25, 2020. The Court does not invite a reply.

      SO ORDERED.

                                                        *Paul A. Engelmayer*
                                                        PAUL A. ENGELMAYER
                                                        United States District Judge

Dated: November 20, 2020
       New York, New York