

**William Cole, MD**
**NYU CARDIOLOGY ASSOCIATES**
530 1ST AVENUE, SUITE 3D
NEW YORK NY 10016
Phone: 212-263-7071
Fax: 212-263-6470

February 3, 2021



RE: Weinstein, Harvey --

Page 1 of 2



Sincerely,

William Cole, MD

Sincerely,

William Cole, MD

RE: Weinstein, Harvey --