UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALEXANDRA CANOSA,

                Plaintiff,

-v-

HARVEY WEINSTEIN, THE WEINSTEIN COMPANY HOLDINGS, LLC, and THE WEINSTEIN COMPANY, LLC,

                Defendants.

18 Civ. 4115 (PAE)

<u>ORDER</u>

---

PAUL A. ENGELMAYER, District Judge:

      The Court has received a letter from a physician on behalf of defendant Harvey Weinstein, bearing on his ability to sit for a deposition. Dkt. 289-1. In the letter, the physician offers to provide the Court, with Mr. Weinstein's consent, documentation of Mr. Weinstein's relevant medical condition, including test results. In determining whether Mr. Weinstein's condition justifies deferring his deposition date, the Court would benefit from reviewing these records. The Court orders that such documentation be produced, *ex parte*, for the Court's *in camera* review, by February 19, 2021. The Court's staff will be in contact with counsel for Mr. Weinstein as to the means by which these materials are to be produced.

      SO ORDERED.

                                            *Paul A. Engelmayer*
                                            _____
                                            PAUL A. ENGELMAYER
                                            United States District Judge

Dated: February 12, 2021
         New York, New York