UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALEXANDRA CANOSA,

                Plaintiff,

-v-

DIRK ZIFF ET AL.,

                Defendants.

18 Civ. 4115 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On February 24, 2021, the Court reserved deciding whether to dismiss certain defendants in light of the pending appeal of the parties' bankruptcy settlement. Dkt. 302. Since then, no party has filed an update in this case. Accordingly, the Court orders that the remaining parties in this action file, by February 6, 2023, a joint letter providing a status update in this case and setting forth their positions as to next steps.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: January 30, 2023
       New York, New York